JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANTELL THOMAS,<br>Plaintiff,<br>v.<br>ELITE LEGAL PRACTICE P.C.,<br>Defendant. | Case No. CV 25-10854-MWF(AJRx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) |

The Court has considered the parties' Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a) (the "Stipulation"). (Docket No. 54). For good cause shown, the Stipulation is GRANTED and the Court ORDERS as follows:

1. Plaintiff Shantell Thomas' individual claims against Defendant Elite Legal Practice P.C. are DISMISSED with prejudice.
2. Each party shall bear their own respective costs and attorneys' fees.
3. The Order to Show Cause Re Dismissal set for November 4, 2026, at 11:30 a.m., is VACATED.

IT IS SO ORDERED.

Dated: October 26, 2026

MICHAEL W. FITZGERALD
United States District Judge